IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Thomas Johnston, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:11-cv-00591-DRH -DGW |
| Omni Credit Services of Florida, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 29, 2011

Respectfully submitted,

PLAINTIFF, Thomas Johnston

By: /s/ Tali Albukerk
Tali Albukerk, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (708) 406-9429
Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Tali Albukerk_____

                                              Tali Albukerk