## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THOMAS JOHNSTON,**

       **Plaintiff,**

  **VS.**

**OMNI CREDIT SERVICES OF
FLORIDA, INC., et al,**

       **Defendants.**                 **NO. 11-CV-591-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 29, 2011 this case is **DISMISSED**  with prejudice.

          **NANCY J. ROSENSTENGEL,
CLERK OF COURT**


          **BY:_____/s/*Sandy Pannier*_____
                       Deputy Clerk**

Dated: October 4, 2011

Digitally signed by
David R. Herndon
Date: 2011.10.04
14:39:32 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT